THE STATE v. BLUM et al.; OLDENHAGE, Appellant.

Division Two, December 24, 1904.

**NO BILL OF EXCEPTIONS.** Where there is no bill of exceptions and no error in the record proper, the judgment of conviction will be affirmed.

Transferred from St. Louis Court of Appeals.

AFFIRMED.

*Whiteside & Yant* for appellant.

*Edward C. Crow,* Attorney-General, and *Sam B. Jeffries,* Assistant Attorney-General, for the State.

The information was properly sworn to by the prosecuting attorney upon his information and belief. The information is in the form heretofore approved by this court and fully complies with all essential requirements. Kelley's Criminal Law, sec. 579; State v. Rapp, 142 Mo. 443. The information is based on the provisions of section 1848, Revised Statutes 1899, and charges the offense to have been committed in a manner constituting an offense under that section. The judgment should be affirmed.

GANTT, P. J.—This is an appeal from the circuit court of Clark county. On the 24th day of April, 1902, an information was filed by the prosecuting attorney of Clark county, duly verified by his affidavit, charging the defendant, together with one Theodore Blum, with an assault with intent to kill one Jasper Downs.

On the 10th of November, 1902, the said defendants were duly arraigned and pleaded not guilty.

At the same time they were put on their trial and the defendant Blum was acquitted, and the defendant Oldenhage convicted and his punishment assessed at a fine of one hundred dollars. From that sentence defendant Oldenhage appealed to the St. Louis Court of Appeals. As the offense was a felony that court properly certified the record to this court. Leave to file a bill of exceptions on or before April 15, 1903, was granted defendant Oldenhage, but he never filed the same, and the cause is before us on the record proper alone.

The information is sufficient, and the arraignment, impaneling of the jury and the sentence are all in due form, and the judgment must be and is affirmed.

*Fox, J.,* concurs; *Burgess, J.,* absent.